IN RE:                    FILED          CASE NO.  10-51989

ROBERT L. MAY, II         2011 JUN -6  PM 3:29     CHAPTER 7
JOAN M. MAY
          Debtors                               REPORT OF UNCLAIMED
                          U.S. BANKRUPTCY COURT   DIVIDEND
                          NORTHERN DISTRICT OF OHIO
                                  AKRON


        Harold A. Corzin, Trustee herein, reports that check #102 was
issued on February 28, 2011 to the claimant set forth in the
attached Stale Check Report as and for a first and final dividend
in this estate, in the amount set forth therein, but that said
check has not been negotiated.  The Trustee thus issues check #109
to the Clerk of Courts in the amount of $714.18 as and for an
unclaimed dividend herein for the Claimant as set forth in the
attached Stale Check Report.




                          _____
                          HAROLD A. CORZIN, TRUSTEE
                          304 N. Cleveland-Massillon Road
                          Akron, Ohio 44333
                          (330) 670-0770
                          (330) 670-0297 Facsimile
                          Hcorzin@csu-law.com



June 2, 2011

cc:  U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 10-51989 - MAY, ROBERT L, II

| Account No. | | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-1534 1451-66 | | 109 | 06/01/11 | U. S. BANKRUPTCY COURT | | | | $714.18 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-1534 1451-66 2 | | 102 | 08/23/10 | 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | 17,905.54 | 17,905.54 | 714.18 | 714.18 |

*Handwritten:* Chk # 109
Receipt # 82374

(*) Denotes objection to Amount Filed      (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.